**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| HDR Holding, Inc., et al., | : | Case No. 19-11396 (MFW) |
| | : | |
| | : | Jointly Administered |
| Debtor(s). | : | NOTICE OF APPOINTMENT |
| ---------------------------------- | : | OF COMMITTEE OF |
| | : | UNSECURED CREDITORS |
| | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **DNOW L.P.,** Attn: Jordan Chester, Senior Counsel, 7402 N. Eldridge Parkway, Houston, TX 77041, Phone: 281-823-4863, Fax: 281-823-5225

2. **General Engineering Company**, Attn: John E. Owens, President, P.O. Box 549, Abingdon, VA 24212, Phone: 276-628-6068, Fax: 276-628-4311

3. **Kutzner Manufacturing Industries Inc.,** Attn: Paul M. Renninger, President, 3255 Meetinghouse Road, Telford, PA 18969 Phone: 215-721-1712, Fax: 215-721-0751

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ Linda Casey for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 9, 2019

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Sean T. Greecher, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253

---

[1] This is an amended appointment, to replace Brown and Caldwell, who has resigned from the Committee, with Mallinckrodt Pharmaceuticals.