# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HDR HOLDING, INC., *et al.* [1] | Case No.: 19-11396 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 18, 2019 AT 11:00 A.M. (ET)

**Location:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801

## ADJOURNED MATTERS

1. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Pay Certain Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims [D.I. 9, 6/24/19]

    Response Deadline:   July 11, 2019 at 4:00 p.m. (ET) [Extended until July 26, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

    Responses Received:  None at this time.

    Related Documents:

    A.   Interim Order [D.I. 36, 6/25/19]

    B.   Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

    Status:   This matter is adjourned until August 2, 2019 at 10:30 a.m. (ET).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

01:24714089.1

2. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2: (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 12, 6/24/19]

   Response Deadline:    July 11, 2019 at 4:00 p.m. (ET) [Extended until July 26, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

   Responses Received:    None at this time.

   Related Documents:

   A.   Declaration of Michael Fixler in Support of DIP Financing [D.I. 13, 6/24/19]

   B.   Interim Order [D.I. 38, 6/25/19]

   C.   Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

   Status:   This matter is adjourned until August 2, 2019 at 10:30 a.m. (ET).

3. Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 18, 6/24/19]

   Response Deadline:    July 11, 2019 at 4:00 p.m. (ET) [Extended until July 26, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

   Responses Received:    None at this time.

Related Documents:

 A. Notice of Motion [D.I. 52, 6/27/19]

Status: This matter is adjourned until August 2, 2019 at 10:30 a.m. (ET).

4. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Focal Point Partners, LLC as Investment Banker to the Debtors, Effective as of the Petition Date [D.I. 53, 6/27/19]

| | |
|---|---|
| Response Deadline: | July 11, 2019 at 4:00 p.m. (ET) [Extended until July 26, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors] |
| Responses Received: | None at this time. |
| Related Documents: | None. |

Status: This matter is adjourned until August 2, 2019 at 10:30 a.m. (ET).

5. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, Authorizing (I) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With Insurance Programs, Including Payment of Policy Premiums; (II) Continuation of Insurance Premium Financing Programs; and (III) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 6, 6/24/19]

Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

Responses Received:

 A. Informal comments from the Official Committee of Unsecured Creditors.

Related Documents:

 B. Interim Order [D.I. 32, 6/25/19]

 C. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

 D. Proposed Order

Status: This matter is adjourned until August 2, 2019 at 10:30 a.m. (ET).

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

6. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [D.I. 5, 6/24/19]

   Response Deadline:  July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

   Responses Received:

   A. Objection of Constellation NewEnergy – Gas Division, LLC and PECO Energy Company [D.I. 75, 7/10/19]

      i. Notice of Withdrawal [D.I. 82, 7/16/19]

   Related Documents:

   B. Interim Order [D.I. 31, 6/25/19]

   C. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

   D. Certification of Counsel [Docket No. 94, 7/16/19]

   E. Proposed Order

   Status: Item A has been withdrawn. No other objections or responses have been received. The Debtors anticipate filing a certification of counsel requesting approval of a revised form of order in advance of the hearing.

7. Debtors' Motion Entry of an Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7, 6/24/19]

   Response Deadline:  July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

| | Responses Received: | None. |
|---|---|---|

Related Documents:

    A.    Interim Order [D.I. 33, 6/25/19]

    B.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

    C.    Certificate of No Objection [D.I. 84, 7/16/19]

    D.    Proposed Order

Status: No objections have been received, and a Certificate of No Objection has been filed. No hearing is required unless the Court has questions.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Obligations and (B) Maintain Employee Wages and Benefits Programs and Pay Related Obligations and (II) Authorizing the Banks to Honor and Process Related Checks and Electronic Transfers [D.I. 8, 6/24/19]

Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

Responses Received: None.

Related Documents:

    A.    Interim Order [D.I. 34, 6/25/19]

    B.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

    C.    Certificate of No Objection [D.I. 85, 7/16/19]

    D.    Proposed Order

Status: No objections have been received, and a Certificate of No Objection has been filed. No hearing is required unless the Court has questions.

9.     Debtors' Motion for Entry of Interim and Final Orders Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; and (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims [D.I. 11, 6/24/19]

        Response Deadline:     July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

        Responses Received:     None.

        Related Documents:

           A.     Interim Order [D.I. 37, 6/25/19]

           B.     Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

           C.     Certificate of No Objection [D.I. 86, 7/16/19]

           D.     Proposed Order

        Status:     No objections have been received, and a Certificate of No Objection has been filed. No hearing is required unless the Court has questions.

10.    Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 48, 6/27/19]

        Response Deadline:     July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

        Responses Received:

           A.     Informal comments from the Official Committee of Unsecured Creditors

        Related Documents:

           B.     Certification of Counsel [D.I. 87, 7/16/19]

           C.     Proposed Order

Status: Item A has been resolved, and a revised proposed order has been submitted under Certification of Counsel. No hearing is required unless the Court has questions.

11. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [D.I. 49, 6/27/19]

Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

Responses Received:

A. Informal comments from the Office of the U.S. Trustee

B. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C. Certification of Counsel [D.I. 88, 7/16/19]

D. Proposed Order

Status: Items A and B have been resolved, and a revised proposed order has been submitted under Certification of Counsel. No hearing is required unless the Court has questions.

12. Debtors' Motion for Entry of an Order Approving Procedures for the Sale, Transfer, and/or Abandonment of *De Minimis* Assets [D.I. 50, 6/27/19]

Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

Responses Received:

A. Informal comments from the Office of the U.S. Trustee

Related Documents:

B. Certification of Counsel [D.I. 89, 7/16/19]

    C.    Proposed Order

Status: Item A has been resolved, and a revised proposed order has been submitted under Certification of Counsel. No hearing is required unless the Court has questions.

13. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date [D.I. 51, 6/27/19]

    Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

    Responses Received:

        A.    Informal comments from the Office of the U.S. Trustee

    Related Documents:

        B.    Certification of Counsel [D.I. 90, 7/16/19]

        C.    Proposed Order

    Status: Item A has been resolved, and a revised proposed order has been submitted under Certification of Counsel. No hearing is required unless the Court has questions.

14. Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date [D.I. 54, 6/27/19]

    Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

    Responses Received:

        A.    Informal comments from the Office of the U.S. Trustee

    Related Documents:

        B.    Certificate of No Objection [Docket No. 92, 7/16/19]

    C.    Proposed Order

Status: Item A has been resolved, no other objections have been received, and a Certificate of No Objection has been filed. No hearing is required unless the Court has questions.

15. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject a Certain Executory Contract Nunc Pro Tunc to the Rejection Effective Date [D.I. 65, 7/5/19]

    Response Deadline: July 12, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection [D.I. 91, 7/16/19]

    B. Proposed Order

    Status: No objections have been received, and a Certificate of No Objection has been filed. No hearing is required unless the Court has questions.

Dated: July 16, 2019

*/s/ Joseph M. Mulvihill*
Pauline K. Morgan (Bar No. 3650)
Sean T. Greecher (Bar No. 4484)
Joseph M. Mulvihill (Bar No. 6061)
Jared W. Kochenash (Bar No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

*Proposed Counsel to Debtors and Debtors in Possession*