**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| **HDR HOLDING, INC., et al.,** | : | Case No. 19-11396 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Edmond M. George to represent Cordicate IT ("Cordicate") in this action.

Dated: July 23, 2019        **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By:  */s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)
123 S. Justison Street, Suite 100
Wilmington, DE 19801-5364
Telephone:  (302) 238-6947
Email:  leslie.spoltore@obermayer.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, revised August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date:  July 23, 2019        **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By:  *Edmond M. George*
Edmond M. George, Esq.
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3066
Email: edmond.george@obermayer.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission pro hac vice is granted.