# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HDR HOLDING, INC., *et al.* [1] | Case No.: 19-11396 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 2, 2019 AT 10:30 A.M. (ET)

**Location:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801

## ADJOURNED MATTER

1. Debtors' Omnibus Motion for Entry of an Order Authorizing Certain Confidential Information to be Filed Under Seal in Connection with Retention Applications [D.I. 115, 7/19/19]

    Response Deadline:    July 26, 2019 at 4:00 p.m. (ET)

    Responses Received:    Informal Comments from the U.S. Trustee

    Related Documents:

      A.    Proposed Order

    Status:    This matter has been adjourned to the hearing scheduled for August 27, 2019, at 10:30 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

**UNCONTESTED MATTER GOING FORWARD**

2. Debtors' Motion for Entry of an Order Approving Procedures for the Sale, Transfer, and/or Abandonment of *De Minimis* Assets [D.I. 50, 6/27/19]

   Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 15, 2019 for the Office of the U.S. Trustee and the Official Committee of Unsecured Creditors]

   Responses Received:

   A. Informal comments from the U.S. Trustee.

   Related Documents:

   B. Certification of Counsel [D.I. 89, 7/16/19]

   C. Proposed Order

   Status: The informal comments from the U.S. Trustee have been resolved. This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

3. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2: (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 12, 6/24/19]

   Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 26, 2019 for the Official Committee of Unsecured Creditors; extended until July 29, 2019 for the Office of the U.S. Trustee, and extended until July 31, 2019 at 12:00 (ET) for Citizens Bank]

   Responses Received:

   A. Informal Comments from the U.S. Trustee

   B. Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Approval of Bidding Procedures [D.I. 129, 7/26/19]

C. DNOW L.P.'s (I) Omnibus Objection to (A) the Debtors' DIP Financing Motion, (B) the Bid Procedures Portion of the Debtors' Sale and Bid Procedures Motion, (C) the Debtors' Critical Vendors Motion, and (D) the Debtors Application to Employ FocalPoint Partners, LLC; and (II) Joinder in the Official Committee of Unsecured Creditors' Various Objections to the Foregoing [D.I. 132, 7/26/19]

Related Documents:

D. Declaration of Michael Fixler in Support of DIP Financing [D.I. 13, 6/24/19]

E. Interim Order [D.I. 38, 6/25/19]

F. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

G. Declaration of Jesse Glover in Support of Entry of Final Order Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing [D.I. 136, 7/31/19]

H. Debtors' Motion for an Order (A) Granting Leave to File a Late Omnibus Reply to the Objections Filed By the Committee and DNOW to the Debtors' Critical Vendor Motion, the Final DIP Order, the Bidding Procedures Motion, and FocalPoints' Retention Application,(B) Granting Leave to Exceed the Page Limit for the Reply, and (C) Shorten Notice Regarding this Motion [D.I. 138, 7/31/19]

I. GennX360 Capital Partners, L.P.'s and Schramm II Inc.'s Motion for Leave to File and Serve a Late Reply in Support of Debtors' (I) Motion for Authorization to Obtain Post-Petition Financing and (II) Motion for Approval of Bidding Procedures [D.I. 139, 7/31/19]

J. Notice of Filing of Proposed Final Order, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2: (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, and (IV) Granting Related Relief [D.I. 140, 7/31/19]

Status: The informal comments from the U.S. Trustee have been resolved. This matter is going forward.

4. Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 18, 6/24/19]

   Response Deadline: July 11, 2019 at 4:00 p.m. (ET) [Extended until July 26, 2019 for the Official Committee of Unsecured Creditors; extended until July 29, 2019 for the Office of the U.S. Trustee]

   Responses Received:

   A. Informal Comments from the U.S. Trustee

   B. Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion for Authorization to Obtain Postpetition Financing and (II) Motion for Approval of Bidding Procedures [D.I. 129, 7/26/19]

   C. DNOW L.P.'s (I) Omnibus Objection to (A) the Debtors' DIP Financing Motion, (B) the Bid Procedures Portion of the Debtors' Sale and Bid Procedures Motion, (C) the Debtors' Critical Vendors Motion, and (D) the Debtors Application to Employ FocalPoint Partners, LLC; and (II) Joinder in the Official Committee of Unsecured Creditors' Various Objections to the Foregoing [D.I. 132, 7/26/19]

   Related Documents:

   D. Notice of Motion [D.I. 52, 6/27/19]

   E. Debtors' Motion for an Order (A) Granting Leave to File a Late Omnibus Reply to the Objections Filed By the Committee and DNOW to the Debtors' Critical Vendor Motion, the Final DIP Order, the Bidding Procedures Motion, and FocalPoints' Retention Application,(B) Granting Leave to Exceed the Page Limit for the Reply, and (C) Shorten Notice Regarding this Motion [D.I. 138, 7/31/19]

    F.    GennX360 Capital Partners, L.P.'s and Schramm II Inc.'s Motion for Leave to File and Serve a Late Reply in Support of Debtors' (I) Motion for Authorization to Obtain Post-Petition Financing and (II) Motion for Approval of Bidding Procedures [D.I. 139, 7/31/19]

    G.    Notice of Filing of Revised Proposed Bidding Procedures Order [D.I. 141, 7/31/19]

Status:    The informal comments of the U.S. Trustee have been resolved. This matter is going forward.

5.    Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Pay Certain Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims [D.I. 9, 6/24/19]

Response Deadline:    July 11, 2019 at 4:00 p.m. (ET) [Extended until July 26, 2019 for the Official Committee of Unsecured Creditors; extended until July 29, 2019 for the Office of the U.S. Trustee]

Responses Received:

    A.    Objection of the Official Committee of Unsecured Creditors [D.I. 130, 7/26/19]

    B.    DNOW L.P.'s (I) Omnibus Objection to (A) the Debtors' DIP Financing Motion, (B) the Bid Procedures Portion of the Debtors' Sale and Bid Procedures Motion, (C) the Debtors' Critical Vendors Motion, and (D) the Debtors Application to Employ FocalPoint Partners, LLC; and (II) Joinder in the Official Committee of Unsecured Creditors' Various Objections to the Foregoing [D.I. 132, 7/26/19]

Related Documents:

    C.    Interim Order [D.I. 36, 6/25/19]

    D.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 41, 6/6/19]

    E.    Debtors' Motion for an Order (A) Granting Leave to File a Late Omnibus Reply to the Objections Filed By the Committee and DNOW to the Debtors' Critical Vendor Motion, the Final DIP Order, the Bidding Procedures Motion, and FocalPoints' Retention Application,(B) Granting Leave to Exceed the Page Limit for the Reply, and (C) Shorten Notice Regarding this Motion [D.I. 138, 7/31/19]

Status:    This matter is going forward.

6.    Debtors' Application for Entry of an Order Authorizing Employment and Retention of Focal Point Partners, LLC as Investment Banker to the Debtors, Effective as of the Petition Date [D.I. 53, 6/27/19]

Response Deadline:    July 11, 2019 at 4:00 p.m. (ET) [Extended until July 26, 2019 for the Official Committee of Unsecured Creditors; extended until July 29, 2019 for the Office of the U.S. Trustee]

Responses Received:

    A.    Informal Comments from the U.S. Trustee.

    B.    Objection of the Official Committee of Unsecured Creditors [D.I. 130, 7/26/19]

    C.    DNOW L.P.'s (I) Omnibus Objection to (A) the Debtors' DIP Financing Motion, (B) the Bid Procedures Portion of the Debtors' Sale and Bid Procedures Motion, (C) the Debtors' Critical Vendors Motion, and (D) the Debtors Application to Employ FocalPoint Partners, LLC; and (II) Joinder in the Official Committee of Unsecured Creditors' Various Objections to the Foregoing [D.I. 132, 7/26/19]

Related Documents:

    D.    Supplemental Declaration of Michael Fixler in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of Focal Point Partners, LLC as Investment Banker to the Debtors, Effective as of the Petition Date [D.I. 137, 7/31/19]

    E.    Debtors' Motion for an Order (A) Granting Leave to File a Late Omnibus Reply to the Objections Filed By the Committee and DNOW to the Debtors' Critical Vendor Motion, the Final DIP Order, the Bidding Procedures Motion, and FocalPoints' Retention Application,(B) Granting Leave to Exceed the Page Limit for the Reply, and (C) Shorten Notice Regarding this Motion [D.I. 138, 7/31/19]

    Status:    The informal comments of the U.S. Trustee have been resolved. This matter is going forward.

**ADDITIONAL MATTER GOING FORWARD**

7.    Debtors' Motion for an Order (A) Granting Leave to File a Late Omnibus Reply to the Objections Filed By the Committee and DNOW to the Debtors' Critical Vendor Motion, the Final DIP Order, the Bidding Procedures Motion, and FocalPoints' Retention Application,(B) Granting Leave to Exceed the Page Limit for the Reply, and (C) Shorten Notice Regarding this Motion [D.I. 138, 7/31/19]

| | |
|---|---|
| Response Deadline: | At the hearing |
| Responses Received: | None at this time |
| Related Documents: | None |

    Status:    This matter is going forward.

Dated: July 31, 2019

*/s/ Joseph M. Mulvihill*
Pauline K. Morgan (Bar No. 3650)
Sean T. Greecher (Bar No. 4484)
Joseph M. Mulvihill (Bar No. 6061)
Jared W. Kochenash (Bar No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253

*Counsel to Debtors and Debtors in Possession*