# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| HDR HOLDING, INC., *et al.*,[1] | Case No. 19-11396 (MFW) |
| Debtors. | (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HDR HOLDING, INC. AND SCHRAMM INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. _____ |
| GENNX360 CAPITAL PARTNERS, L.P., GENNX 360 CAPITAL FUND, L.P., OSCAR GROOMES, JERRY BURRIS, ED BREINER, BOBBY BRYAN, JOHN BELLIS, THOMAS STRAUSS, PRATIK RAJEEVAN, RONALD E. BLAYLOCK, OTIS SPENCER, JETTE CAMPBELL, JAMES DOLAN, CRAIG MAYMAN, JESSE GLOVER, LLOYD TROTTER, AND CHUCK CASTINE. | |
| Defendants. | |

## COMPLAINT

**[Filed Under Seal Pursuant to Relief Requested in the Motion to Seal]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

Dated: September 11, 2019
Wilmington, Delaware

Respectfully submitted,

Pepper Hamilton LLP

/s/ *Donald J. Detweiler*
Donald J. Detweiler (#3087)
Joanna J. Cline (#5873)
John H. Schanne, II (#5260)
Christopher B. Chuff (#5729)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: detweilerd@pepperlaw.com
schannej@pepperlaw.com

and

Francis J. Lawall, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone:     (215) 981-4451
Facsimile:     (215) 981-4750
Email:         lawallf@pepperlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

#55123760 v1