IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HDR HOLDING, INC., *et al.* [1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No.: 19-11396 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 16, 2019 AT 10:30 A.M. (ET)**

**Location:** **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**CONTESTED MATTER GOING FORWARD**

1. Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 18, 6/24/19]

    Response Deadline:    August 30, 2019 at 4:00 p.m. (ET) [Extended until September 6, 2019 for the Official Committee of Unsecured Creditors and DNOW L.P.]

    Responses Received:

    A. DNOW L.P.'s (I) Objection to Debtors' Motion to Sell Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests and (II) Joinder in the Creditors' Committee Objection to the Sale Motion [D.I. 193, 9/6/18]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

B.     Preliminary Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for an Order Approving the Sale of Substantially All of the Debtors' Assets [D.I. 194, 9/6/19]

C.     Debtors' Omnibus Reply in Support of the Sale Motion and in Response to the Sale Objections Filed by the Committee and DNOW [D.I. 196, 9/11/19]

D.     GenNx360 Capital Partners, L.P.'s and Schramm II Inc.'s (I) Omnibus Response to the Objections off the Official Committee of Unsecured Creditors and DNOW, L.P. to Motion for an Order Approving the Sale of Substantially All of the Debtors' Assets and (II) Joinder in the Debtors' Reply to the Same [D.I. 199, 9/11/19]

<u>Related Documents</u>:

E.     Notice of Motion [D.I. 52, 6/27/19]

F.     Order Establishing Bidding Procedures and Granting Related Relief [D.I. 163, 9/5/19]

G.     Notice of Proposed Sale(s), Bidding Procedures, Auction, and Sale Hearing [D.I. 167, 8/8/19]

H.     Notice of Cancellation of Auction [D.I. 195, 9/10/19]

I.     Notice of Filing of Proposed Order: (A) Authorizing the Sale of All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Stalking Horse Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief [D.I. 197, 9/12/19]

<u>Status</u>:     This matter is going forward.

Dated: September 12, 2019

*/s/ Sean T. Greecher*
Pauline K. Morgan (Bar No. 3650)
Sean T. Greecher (Bar No. 4484)
Joseph M. Mulvihill (Bar No. 6061)
Jared W. Kochenash (Bar No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253

*Counsel to Debtors and Debtors in Possession*