IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HDR HOLDING, INC., *et al.*,[1] | Case No. 19-11396 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 221** |

## NOTICE OF WITHDRAWAL OF PLEADING

**PLEASE TAKE NOTICE** that the *Notice of Appeal and Statement of Election* [Docket No. 221] is hereby withdrawn, without prejudice.

Dated: September 27, 2019
       Wilmington, Delaware

**PEPPER HAMILTON LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE 3087)
John H. Schanne II (DE 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail:    detweild@pepperlaw.com
             schannej@pepperlaw.com

-and-

**PEPPER HAMILTON LLP**
Francis J. Lawall
Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
E-mail:    lawallf@pepperlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

#54716750 v1