IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HDR HOLDING, INC., *et al.*,[1] | ) Case No. 19-11396 (MFW) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   **Official Committee of Unsecured Creditors**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) **Official Committee of Unsecured Creditors appointed pursuant to Bankruptcy Code section 1102(a)(1)**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Order: (A) Authorizing the Sale of All of the Schramm Inc. Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Schramm Inc. Debtor's Performance Under the Stalking Horse Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Schramm Inc. Debtor's Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief (Docket No. 208)**

2. State the date on which the judgment, order, or decree was entered: **September 17, 2019**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Official Committee of Unsecured Creditors**     Attorney: Pepper Hamilton LLP
Donald J. Detweiler
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: detweild@pepperlaw.com
and
Francis J. Lawall
Two Logan Square Eighteenth and Arch Streets
Philadelphia, PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
E-mail: lawallf@pepperlaw.com

| | | | |
|---|---|---|---|
| 2. | Party: HDR Holding, Inc. | Attorney: | Young Conaway Stargatt & Taylor LLP<br>Pauline K. Morgan (Bar No. 3650)<br>Sean T. Greecher (Bar No. 4484)<br>Joseph M. Mulvihill (Bar No. 6061)<br>Jared W. Kochenash (Bar No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253 |
| 3. | Schramm, Inc. | Attorney: | Young Conaway Stargatt & Taylor LLP<br>Pauline K. Morgan (Bar No. 3650)<br>Sean T. Greecher (Bar No. 4484)<br>Joseph M. Mulvihill (Bar No. 6061)<br>Jared W. Kochenash (Bar No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253 |
| 4. | Schramm II Inc. | Attorney: | Robinson & Cole LLP<br>Jamie L. Edmonson<br>1000 N. West Street Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 516-6705<br>Facsimile: (302) 295-5046<br>jedmonson@rc.com<br>and<br>Winston & Strawn LLP<br>Carey D. Schreiber<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br><br>Justin E. Rawlins<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 |
| 5. | GenNx360 Capital Partners, L.P. | Attorney: | Robinson & Cole LLP<br>Jamie L. Edmonson |

<table>
<tr><td></td><td></td><td></td><td>1000 N. West Street Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 516-6705<br>Facsimile: (302) 295-5046<br>jedmonson@rc.com<br>and<br>Winston & Strawn LLP<br>Carey D. Schreiber<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br><br>Justin E. Rawlins<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750</td></tr>
<tr><td>6.</td><td>DNOW L.P.</td><td>Attorney:</td><td>Ashby & Geddes, P.A.<br>Michael D. DeBaecke<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19801<br>Tel: 302-654-1888<br>Fax: 302-654-2067</td></tr>
<tr><td>7.</td><td>Hark Capital I, LP</td><td>Attorney:</td><td>The Rosner Law Group LLC<br>Frederick B. Rosner<br>Jason A. Gibson<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>rosner@teamrosner.com<br>gibson@teamrosner.com<br>and<br>Perkins Coie LLP<br>Jordan A. Kroop,<br>2901 N. Central Avenue Suite 2000<br>Phoenix, Arizona 85012-2788<br>Telephone: (602) 351-8017<br>Email: JKroop@perkinscoie.com</td></tr>
</table>

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Donald J. Detweiler    Date: September 27, 2019
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Pepper Hamilton LLP
Donald J. Detweiler
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: detweild@pepperlaw.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]