IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HDR HOLDING, INC., *et al.* [1] | Case No.: 19-11396 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 22, 2019 AT 3:00 P.M. (ET)**

**RESOLVED MATTERS**

1. Debtors' Motion for an Order Extending the Deadline By Which to Assume or Reject an Unexpired Lease of Nonresidential Real Property [D.I. 214, 9/19/19]

    Response Deadline:          October 3, 2019 at 4:00 p.m. (ET)

    Responses Received:         None

    Related Documents:

    A. Order Extending the Deadline By Which to Assume or Reject an Unexpired Lease of Nonresidential Real Property [D.I. 241, 10/10/19]

    Status:    An Order has been entered.

2. Debtors' Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 [D.I. 215, 9/19/19]

    Response Deadline:          October 3, 2019 at 4:00 p.m. (ET)

    Responses Received:         None

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

Related Documents:

    A.    Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 [D.I. 242, 10/10/19]

Status:    An Order has been entered.

**CONTESTED MATTER GOING FORWARD**

3.    Debtors' Motion for Entry of an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (III) Granting Related Relief [D.I. 234, 10/4/19]

    Response Deadline:    October 15, 2019 at 4:00 p.m. (ET)

    Responses Received:

    A.    DNOW L.P.'S (A) Objection to Debtors' Motion for Entry of an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline For Filing Chapter 11 Fee Applications, and (III) Granting Related Relief and (B) Joinder in the Creditors' Committee Objection to the Conversion Motion [D.I. 252, 10/15/19]

    B.    Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to Convert Chapter 11 Cases to Cases Under Chapter 7 [D.I. 253, 10/15/19]

    Related Documents:

    C.    Debtors' Omnibus Reply in Support of the Conversion Motion and in Response to the Objections Filed by the Committee and DNOW [D.I. 255, 10/17/19]

    D.    GenNx360 Capital Partners, L.P.'s and Schramm II Inc.'s Joinder to the Debtors' Omnibus Reply in Support of the Conversion Motion and in Response to the Objections Filed by the Committee and DNOW [D.I. 257, 10/18/19]

Status:    This matter is going forward.

*[Signature page follows]*

| | |
|---|---|
| Dated:  October 18, 2019 | */s/ Joseph M. Mulvihill* |
| | Pauline K. Morgan (Bar No. 3650) |
| | Sean T. Greecher (Bar No. 4484) |
| | Joseph M. Mulvihill (Bar No. 6061) |
| | Jared W. Kochenash (Bar No. 6557) |
| | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Tel:    (302) 571-6600 |
| | Fax:    (302) 571-1253 |
| | |
| | *Counsel to Debtors and Debtors in Possession* |