# SIGN-IN SHEET

**CASE NAME:** HDR Holding, Inc.  
**CASE NUMBER:** 19-11396 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** October 22, 2019 at 3:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael DeBaecke | Ashby & Geddes | DNOW L.P. |
| Jamie Edmonson | Robinson & Cole LLP | DNOW L.P. |
| DONALD DETWEILER | PEPPER HAMILTON LLP | SCHRAM FT and GenNx360 CREDITORS' COMMITTEE |
| Linda Casey | UST | UST |
| Sean Greecher | Young Conaway Stargatt & Taylor | Debtors |
| Joseph Mulvihill |  | " |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Mary F. Walrath

Calendar Date: 10/22/2019
Calendar Time: 03:00 PM ET

#4
Amended Calendar   Oct 22 2019  8:41AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | HDR Holding, Inc. | 19-11396 | Hearing | 10138945 | Daniel H. Gill | (703) 341-3837 ext. | Bloomberg Law | Media, Bloomberg Law - PRESS / LISTEN ONLY |
| | | HDR Holding, Inc. | 19-11396 | Hearing | 10137637 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | HDR Holding, Inc. | 19-11396 | Hearing | 10137210 | Thomas Perry | (732) 634-6400 ext. | Hutt & Shimanowitz, P.C. | Creditor, Clark Equipment Company / LISTEN ONLY |