IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HDR HOLDING, INC., *et al.* [1] | Case No.: 19-11396 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 26, 2019 AT 3:00 P.M. (ET)**

**\*\*PLEASE NOTE THAT THE HEARING TIME HAS BEEN CHANGED FROM
2:00 P.M. (ET) TO 3:00 P.M. (ET) AT THE DIRECTION OF THE COURT\*\***

**UNCONTESTED MATTER GOING FORWARD**

1. First and Final Application of FocalPoint Partners, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Debtors for the Period from June 24, 2019 through September 30, 2019 [D.I. 236, 10/4/19]

    Response Deadline:        October 25, 2019 at 4:00 p.m. (ET)

    Responses Received:       None

    Related Documents:

        A.    Certificate of No Objection [D.I. 277, 10/29/19]

        B.    Notice of Hearing [D.I. 287, 11/5/19]

        C.    Proposed Order

    Status:    This matter is going forward.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

25611026.1

**STATUS CONFERENCE**

2. Debtors' Motion for Entry of an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (III) Granting Related Relief [D.I. 234, 10/4/19]

    Related Documents:

    A. Notice of Status Conference and Submission of Revised Order (I) Converting Chapter 11 Cases Under Chapter 7, (II) Establishing a Deadline for Filing Chapter 11 Fee Applications, and (III) Granting Related Relief [D.I. 296, 11/20/19]

    B. Proposed Order

    Status: The Debtors intend to provide the Court with a status update and request entry of a revised order converting the Chapter 11 Cases. This matter is going forward.

Dated: November 22, 2019

*/s/ Joseph M. Mulvihill*
Pauline K. Morgan (Bar No. 3650)
Sean T. Greecher (Bar No. 4484)
Joseph M. Mulvihill (Bar No. 6061)
Jared W. Kochenash (Bar No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:  (302) 571-6600
Fax:  (302) 571-1253

*Counsel to Debtors and Debtors in Possession*