IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HDR HOLDING, INC., *et al.* [1] | Case No.: 19-11396 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 20, 2019 AT 11:30 A.M. (ET)**

**FEE APPLICATIONS**

1. First Interim Fee Applications [See **Exhibit A** attached hereto]

    Responses Received:

    A. GenNx360 Capital Partners, L.P.'s and Schramm II Inc.'s Limited Objection and Reservation of Rights to Counsel to the Official Committee of Unsecured Creditors' First, Second and Third Monthly Applications for Compensation [D.I. 294, 11/15/19]

    B. GenNx360 Capital Partners, L.P.'s and Schramm II Inc.'s Limited Objection and Reservation of Rights to the Official Committee of Unsecured Creditors' Professionals Interim Applications for Compensation and Reservation of Rights With Respect to the Debtors' Counsel's Interim Fee Application [D.I. 307, 12/5/19]

    Related Documents:           [See also **Exhibit A** attached hereto]

    C. Certification of Counsel Regarding *Proposed* Order Approving First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 314, 12/13/19]

    Status: With respect to the fee applications of Young Conaway Stargatt & Taylor, LLP, the Debtors have submitted a proposed order under certification of counsel, which resolves the reservation of rights filed by GenNx360 and Schramm II, and the Debtors respectfully request entry of the proposed order. This matter is going forward with respect to the fee applications of the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

| | |
|---|---|
| Dated:  December 18, 2019 | */s/ Joseph M. Mulvihill* |

Pauline K. Morgan (Bar No. 3650)
Sean T. Greecher (Bar No. 4484)
Joseph M. Mulvihill (Bar No. 6061)
Jared W. Kochenash (Bar No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:     (302) 571-6600
Fax:    (302) 571-1253

*Counsel to Debtors and Debtors in Possession*

# EXHIBIT A

## INDEX OF FIRST INTERIM FEE APPLICATIONS

A. **Young Conaway Stargatt & Taylor, LLP [D.I. 295, 11/15/19]**

   1. First Monthly Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from June 24, 2019 through July 31, 2019 [D.I. 170, 8/12/19]

   2. Certificate of No Objection [D.I. 188, 9/24/19]

   3. Second Monthly Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from August 1, 2019 through August 31, 2019 [D.I. 202, 9/12/19]

   4. Certificate of No Objection [D.I. 238, 10/7/19]

   5. Third Monthly Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from September 1, 2019 through September 30, 2019 [D.I. 266, 10/23/19]

   6. Certificate of No Objection [D.I. 290, 11/14/19]

   7. GenNx360 Capital Partners, L.P.'s and Schramm II Inc.'s Limited Objection and Reservation of Rights to the Official Committee of Unsecured Creditors' Professionals Interim Applications for Compensation and Reservation of Rights With Respect to the Debtors' Counsel's Interim Fee Application [D.I. 307, 12/5/19]

B. **Pepper Hamilton LLP [D.I. 292, 11/14/19]**

   1. First Monthly Application of Pepper Hamilton LLP as Counsel to the Official Committee of Unsecured Creditors of HDR Holding, Inc., *et al.* for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from July 9, 2019 through and including July 31, 2019 [D.I. 272, 10/25/19]

   2. Second Monthly Application of Pepper Hamilton LLP as Counsel to the Official Committee of Unsecured Creditors of HDR Holding, Inc., *et al.* for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2019 through and including August 31, 2019 [D.I. 273, 10/25/19]

   3. Third Monthly Application of Pepper Hamilton LLP as Counsel to the Official Committee of Unsecured Creditors of HDR Holding, Inc., *et al.* for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from September 1, 2019 through and including September 30, 2019 [D.I. 274, 10/25/19]

4. GenNx360 Capital Partners, L.P.'s and Schramm II Inc.'s Limited Objection and Reservation of Rights to Counsel to the Official Committee of Unsecured Creditors' First, Second and Third Monthly Applications for Compensation [D.I. 294, 11/15/19]

5. GenNx360 Capital Partners, L.P.'s and Schramm II Inc.'s Limited Objection and Reservation of Rights to the Official Committee of Unsecured Creditors' Professionals Interim Applications for Compensation and Reservation of Rights With Respect to the Debtors' Counsel's Interim Fee Application [D.I. 307, 12/5/19]

C. **PricewaterhouseCoopers LLP [D.I. 293, 11/15/19]**

1. First Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period July 12, 2019 through August 31, 2019 [D.I. 232, 10/3/19]

2. Certificate of No Objection [D.I. 271, 10/25/19]

3. Second Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period September 1, 2019 through September 30, 2019 [D.I. 248, 10/11/19]

4. Certificate of No Objection [D.I. 286, 11/4/19]

5. GenNx360 Capital Partners, L.P.'s and Schramm II Inc.'s Limited Objection and Reservation of Rights to the Official Committee of Unsecured Creditors' Professionals Interim Applications for Compensation and Reservation of Rights With Respect to the Debtors' Counsel's Interim Fee Application [D.I. 307, 12/5/19]