**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re HDR Holding, Inc., *et al.* ("Schramm" or "Debtors")  **Case No.** 19-11396 (MFW) (Jointly Administered)
Debtors  **Reporting Period: December 1 - December 31**

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | | X |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____     _____
Signature of Debtor                                                              Date


_____     _____
Signature of Joint Debtor                                                     Date


*/s/ Jesse Glover*_____     1/28/2020_____
Signature of Authorized Individual*                                       Date


Jesse Glover_____     VP, Finance and Operations_____
Printed Name of Authorized Individual                              Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re HDR Holding, Inc., *et al.* ("Schramm" or "Debtors")  **Case No.** 19-11396 (MFW) (Jointly Administered)
Debtors  **Reporting Period: December 1 – December 31**

**Listing of Debtor Entities and Notes to the Monthly Operating Report**

General:

The report includes consolidated activity from the following Debtors and related case numbers:

| Debtors | Case # |
|---|---|
| HDR Holding, Inc. | 19-11396 |
| Schramm Inc. | 19-11397 |

**General Notes to the MOR:**

**Debtor-in-Possession Financial Statements**

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the above-listed bankruptcy cases and is in a format deemed acceptable to the Office of the U.S. Trustee. The financial information contained herein is limited in scope and covers a limited time period. Such information is unaudited, preliminary and may not comply with accounting principles generally accepted in the United States of America ("U.S. GAAP").

The unaudited consolidated financial statements are derived from the Debtors' books and records on a consolidated basis. Furthermore, the financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their annual financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and these changes could be material.

25095242.1

In re HDR Holding, Inc., *et al.* ("Schramm" or "Debtors")     Case No. 19-11396 (MFW) (Jointly Administered)
Debtors     Reporting Period: December 1 - December 31

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 525,490.54 | 0.00 | | 7,376.78 | 543,311 | 200,000 | 253,000 | 266,000 |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 0.00 | | | | 0.00 | 0.00 | 1,618,000.00 | 2,415,000.00 |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | 0.00 | | | | 0.00 | | -48,000.00 | |
| TRANSFERS (FROM DIP ACCTS) | 0.00 | | | | 0.00 | 0.00 | 5,575,000.00 | 6,000,000.00 |
| | | | | | | | | |
| **TOTAL RECEIPTS** | 0.00 | | | | 0.00 | 0.00 | 7,145,000.00 | 8,415,000.00 |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 0.00 | | | | 0.00 | 0.00 | 1,129,000.00 | 1,153,000.00 |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | 0.00 | | | | 0.00 | 0.00 | 28,000.00 | 18,000.00 |
| INVENTORY PURCHASES | 0.00 | | | | 0.00 | 0.00 | 2,520,000.00 | 2,972,000.00 |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | 0.00 | | | | 0.00 | 0.00 | 692,000.00 | 337,000.00 |
| ADMINISTRATIVE | | | | | | | 0.00 | 10,000.00 |
| SELLING | 0.00 | | | | 0.00 | 0.00 | 2,000.00 | 10,000.00 |
| OTHER (ATTACH LIST) | 326,650.00 | | | 0.00 | 326,650.00 | 0.00 | 2,390,797.74 | 3,941,000.00 |
| | 0.00 | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | 0.00 | | | | 0.00 | 0.00 | 370,434.50 | 40,000.00 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | 49,107.04 | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 326,650.00 | | | | 326,650.00 | 0.00 | 7,181,339.28 | 8,481,000.00 |
| | | | | | | | | |
| NET CASH FLOW | -326,650.00 | | | | -326,650.00 | 0.00 | -36,339.28 | -66,000.00 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 198,840.54 | 0.00 | | 7,376.78 | 216,660.72 | 200,000.00 | 216,660.72 | 200,000.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 326,650.00 |
|    LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
|    PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 326650 |

**HDR Holding, Inc has no disbursements or cash receipts

In re HDR Holding, Inc., *et al.*  ("Schramm" or "Debtors")  
Debtors

Case No. 19-11396 (MFW) (Jointly Administered)  
Reporting Period: December 1 - December 31

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Epiq Corporate Restructuring LLC | 8/1/2019 | 25,785.22 | HDR Holding Inc | 136729 | 8/23/19 | 25,785.22 | 0.00 | 25,785.22 | 0.00 |
| Epiq Corporate Restructuring LLC | 7/1/2019 | 30,429.41 | HDR Holding Inc | 136736 | 8/26/19 | 30,429.41 | 0.00 | 56,214.63 | 0.00 |
| Young Conaway Stargatt & Taylor, LLP | 8/6/2019 | 274,526.76 | HDR Holding Inc | 136800 | 9/5/19 | 217,837.60 | 2,229.76 | 217,837.60 | 2,229.76 |
| Epiq Corporate Restructuring LLC | 9/1/2019 | 15,639.47 | HDR Holding Inc | 136888 | 9/17/19 | 15,639.47 | 0.00 | 71,854.10 | 0.00 |
| Young Conaway Stargatt & Taylor, LLP | 10/1/2019 | 100,863.21 | HDR Holding Inc | Wire | 10/8/19 | 77,708.80 | 3,727.21 | 295,546.40 | 5,956.97 |
| Epiq Corporate Restructuring LLC | 10/1/2019 | 18,998.49 | HDR Holding Inc | Wire | 10/23/19 | 18,998.49 | 0.00 | 90,852.59 | 0.00 |
| Epiq Corporate Restructuring LLC | 11/1/2019 | 7,686.44 | HDR Holding Inc | Wire | 11/15/20 | 7,686.44 | 0.00 | 98,539.03 | 0.00 |
| Young Conaway Stargatt & Taylor, LLP | 11/1/2019 | 166,906.54 | HDR Holding Inc | Wire | 11/15/20 | 122,538.80 | 13,733.04 | 418,085.20 | 19,690.01 |
| PricewaterhouseCoopers LLP | 8/31/2019 | 191,660.13 | HDR Holding Inc | Wire | 11/5/19 | 151,942.40 | 1,732.13 | 151,942.40 | 1,732.13 |
| PricewaterhouseCoopers LLP | 9/30/2019 | 35,604.26 | HDR Holding Inc | Wire | 11/7/19 | 27,770.40 | 891.26 | 179,712.80 | 2,623.39 |
| FocalPoint Securities LLC | 11/27/2019 | 520,268.95 | HDR Holding Inc | Wire | 11/27/19 | 500,000.00 | 0.00 | 500,000.00 | 0.00 |
| Young Conaway Stargatt & Taylor, LLP | 10/31/2019 | 49,712.38 | HDR Holding Inc | Wire | 12/9/19 | 39,650.00 | 149.88 | 457,735.20 | 19,839.89 |
| Epiq Corporate Restructuring LLC | 12/11/2019 | 4,123.50 | HDR Holding Inc | Wire | 12/16/19 | 4,123.50 | 0.00 | 102,662.53 | 0.00 |
| Pepper Hamilton LLP | 9/30/2019 | 502,304.84 | HDR Holding Inc | Wire | 12/23/19 | 242,663.81 | 0.00 | 242,663.81 | 0.00 |
| Young Conaway Stargatt & Taylor, LLP | 8/6/2019 | 274,526.76 | HDR Holding Inc | Wire | 12/23/19 | 37,224.79 | 0.00 | 494,959.99 | 19,839.89 |

FORM MOR-1b  
(04/07)

In re HDR Holding, Inc., *et al.* ("Schramm" or "Debtors")  
Debtors

Case No. 19-11396 (MFW) (Jointly Administered)  
Reporting Period: December 1 - December 31

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---:|---:|
| Gross Revenues | (19.99) | 3,279,951.06 |
| Less: Returns and Allowances | | |
| Net Revenue | -19.99 | 3,279,951.06 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 8,276,711.32 |
| Add: Purchases | - | 1,936,460.63 |
| Add: Cost of Labor | - | 261,770.34 |
| Add: Other Costs (attach schedule) | 0.00 | |
| Less: Ending Inventory | - | 7,785,929.84 |
| Cost of Goods Sold | - | (2,721,043.69) |
| Gross Profit | (19.99) | 558,907.37 |
| **OPERATING EXPENSES** | | |
| Sales, Marketing, and Cust Service Expenses | 0.00 | 517,919.87 |
| Administrative Dept and Amortization of Intangibles | 296,798.04 | 2,615,074.94 |
| Goodwill Impairment/Bargain Purches/Debt Forgiveness | 0.00 | 280,021.04 |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | 0.00 | 18,031,110.43 |
| Total Operating Expenses Before Depreciation | 296,798.04 | 21,444,126.28 |
| Depreciation/Depletion/Amortization | 0.00 | -83,806.34 |
| Net Profit (Loss) Before Other Income & Expenses | -296,818.03 | -20,801,412.57 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | 0.00 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | -296,818.03 | -20,801,412.57 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0.00 | 529,397.82 |
| U. S. Trustee Quarterly Fees | | 2,275.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 0.00 | 531,672.82 |
| Income Taxes | | |
| Net Profit (Loss) | -296,818.03 | -21,333,085.39 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(04/07)

In re HDR Holding, Inc., *et al.* ("Schramm" or "Debtors")  
Debtors

Case No. 19-11396 (MFW) (Jointly Administered)  
Reporting Period: December 1 - December 31

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **Cash in Checking Accounts** | 278,227.47 | 271,642.90 |
| **Interest Bearing Cash Equivalents** | - | - |
| Accounts Receivable (Trade) | (0.00) | 172,220.22 |
| Notes Receivable (Trade)-Current | - | - |
| Allowance for Doubtful Accounts | (0.00) | (8,952.43) |
| **Accounts and Notes Receivable-Net** | (0.00) | 163,267.79 |
| Inventory-Raw Matl & Parts | (207.31) | 10,668,546.56 |
| Inventory-Work In Process | 0.00 | 1,029,372.67 |
| Inventory-Rigs, Loadsafes, & Other Equip | 0.00 | 5,208,450.32 |
| **New Inventory-Gross (FIFO)** | (207.31) | 16,906,369.55 |
| Allowance for Obsolete Parts | - | (8,829,658.23) |
| Reserve to Adjust to LIFO Carrying Value | - | - |
| **New Inventory-Net (LIFO)** | (207.31) | 8,076,711.32 |
| Used Rigs & Equip Held for Sale | - | 200,000.00 |
| Used Rigs & Equip Valuation Allowance | - | - |
| **Total Inventories-Net (LIFO)** | (207.31) | 8,276,711.32 |
| Prepaid Taxes and Expenses | (0.00) | 52,569.05 |
| Other Current Assets and ST Def Tax Assets | (0.21) | (0.21) |
| **Total Current Assets** | 278,019.95 | 8,764,190.85 |
| Land | - | - |
| Buildings & Improvements (Includes Leaseholds) | - | 734,238.00 |
| Machinery & Mfg Equipment | (0.00) | 6,555,929.87 |
| Trucks, Lift Trucks, and Autos | 0.00 | 219,310.28 |
| Office and Data Processing Equip/Software | 0.00 | 1,912,955.26 |
| Other Fixed Assets & Capitalized Financing Costs (1) | - | 3,349,134.46 |
| **Plant, Equipment, Cap Financing Costs-Gross** | (0.00) | 12,771,567.87 |
| Accumulated Depreciation and Amortization (2) | (0.00) | (12,533,313.12) |
| **Plant and Equipment-Net** | (0.00) | 238,254.75 |
| Goodwill and Intangible Assets Net | 0.00 | 0.00 |
| I/C Investments In & I/C Due Fm Affiliates, Def Taxes & Oth | 85,423.19 | 27,648,016.95 |
| **Total Assets** | 363,443.14 | 36,650,462.55 |
| *Liabilities & Stockholders Equity* | - | - |
| I/C Notes Payable | - | - |
| Current Maturities-Long Term Debt | - | - |
| Accounts Payable | 6,619,500.69 | 8,971,246.99 |
| Accrued Payroll & Payroll Taxes | (0.00) | 37,061.29 |
| Accrued Year End Bonus | - | - |
| Employee Payroll Deduction Liabilities | (58.42) | 6,340.47 |
| Withholding Taxes Payable | (0.00) | 15,284.43 |
| Accrued Federal & State Income Taxes | (0.13) | (0.13) |
| Customer Deposits on New Rig Orders | 0.00 | 782,090.81 |
| Accrued Expenses & Othr Current Liabilities | 7,912,815.21 | 8,137,535.26 |
| **Total Current Liabilities** | 14,532,257.35 | 17,949,559.12 |
| Senior Term Loan and Revolving Credit (3) | 3,800,000.00 | 19,825,823.96 |
| DIP Loan | 4,000,000.00 | |
| Subordinated Long Term Debt Plus Accrued PIK & Interest | 18,503,029.00 | 18,503,029.00 |
| I/C Due To Affiliates, LT Def Tax Liab, & Other LT Liabilities | 12,963,676.70 | 12,989,356.59 |
| **Total Liabilities** | 53,798,963.05 | 69,267,768.67 |
| Common Stock | 995.00 | 995.00 |
| Additional Paid In Capital | 130,904,334.98 | 130,904,334.98 |
| Beginning Retained Earnings | (164,988,989.82) | (162,595,735.14) |
| Plus Net Income (Loss) Year To Date | (19,351,860.07) | (926,900.96) |
| Foreign Currency Translation Gain (Loss) | - | - |
| **Stockholders Equity** | (53,435,519.91) | (32,617,306.12) |
| **Total Liabilities and Equity** | 363,443.14 | 36,650,462.55 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)


| In re HDR Holding, Inc., *et al.* ("Schramm" or "Debtors") | | **Case No.** 19-11396 (MFW) (Jointly Administered) |
| --- | --- | --- |
| Debtors | | **Reporting Period: December 1 - December 31** |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | **Number of Days Past Due** | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0.00 | 65,831.78 | 60,816.15 | 29,339.70 | 62,162.81 | 218,150.44 |
| Wages Payable | 0.00 | 0.00 | | | | |
| Taxes Payable | 0.00 | 0.00 | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | 0.00 | 0.00 | | | | |
| Secured Debt/Adequate Protection Payments | 0.00 | 0.00 | | | | |
| Professional Fees | 0.00 | 65,831.78 | 60,816.15 | 29,339.70 | 62,162.81 | 218,150.44 |
| Amounts Due to Insiders* | 0.00 | 0.00 | | | | |
| Other: | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | 0.00 | 65,831.78 | 60,816.15 | 29,339.70 | 62,162.81 | 218,150.44 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re HDR Holding, Inc., *et al.* ("Schramm" or "Debtors")  
Debtors

**Case No.** 19-11396 (MFW) (Jointly Administered)  
**Reporting Period: December 1 - December 31**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---:|---|
| Total Accounts Receivable at the beginning of the reporting period | 0.00 | |
| + Amounts billed during the period | 0.00 | |
| - Amounts collected during the period | 0.00 | |
| Total Accounts Receivable at the end of the reporting period | 0.00 | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | 0.00 | |
| 31 - 60 days old | 0.00 | |
| 61 - 90 days old | 0.00 | |
| 91+ days old | 0.00 | |
| Total Accounts Receivable | 0.00 | |
| Amount considered uncollectible (Bad Debt) | 0.00 | |
| Accounts Receivable (Net) | 0.00 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to Delaware Local Rule 4001-3. | X | |

FORM MOR-5  
(04/07)


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| HDR HOLDING, INC., *et al.* [1] | Case No.: 19-11396 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION REGARDING STATUS**
**OF POST-PETITION TAXES**

I, Jesse Glover, Vice President of Finance and Operations for the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify as follows:

1. Due to delays in non-debtor affiliate Schramm Australia's tax audit, the Debtors have been unable to file certain of their tax returns for 2018. The following is a list of the outstanding taxes for each Debtor as of today's date:

   a. Schramm, Inc.

      i. Federal Tax Return
      ii. New Jersey Corporation Business Tax Return
      iii. Pennsylvania Corporate Tax

   b. HDR Holding, Inc.

      i. Federal Tax Return
      ii. California Franchise
      iii. California Income Tax
      iv. Texas Franchise Tax

Dated: January 28, 2020

/s/ Jesse Glover
Jesse Glover
Vice President, Finance and Operations

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

24884077.1