UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
BCO-025

No. **19-8045**

IN RE: HDR HOLDING, INC., et al.,
Debtors

Official Committee of Unsecured Creditors of HDR Holding, Inc.; DNOW L.P.,
Petitioners

(D. Del. Bankruptcy No. 19-11396; D. Del. Nos. 1-19-cv-01825 & 1-19-cv-01946)

Present:    AMBRO, GREENAWAY Jr. and BIBAS, <u>Circuit Judges</u>

1. Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2);

2. Response by Respondents GenNx360 Capital Partners LP, Schramm II Inc, HDR Holding Inc., and Schramm Inc in Opposition to Petition for Permission to Appeal;

3. Supplemental Brief on behalf of Petitioner Official Committee of Unsecured Creditors of HDR Holding Inc.;

4. Supplemental Brief file by Respondents GenNx360 Capital Partners LP and Schramm II.

                                                   Respectfully,
                                                   Clerk/lmr

_____ **O R D E R** _____

The foregoing Petition to appeal directly is denied. If the parties appeal the Bankruptcy Court's Order to the District Court, the Court is instructed to consider mootness in the first instance. This panel will retain jurisdiction over any further appeals.

                                                   By the Court,

                                                   s/Thomas L. Ambro, Circuit Judge

Dated: February 26, 2020
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk