IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| : <br> HDR HOLDING, INC., *et al.*, <br><br> Debtors. | : Chapter 7 <br> : <br> : Case Nos. 19-11396 (MFW) <br> : (Jointly Administered) <br> : <br> : <br> : Hearing Date: February 23, 2022 at 2:00 p.m. (ET) <br> : Objection Deadline: February 16, 2022 at 4:00 p.m. (ET) <br> : <br> : Re: D.I. 456 and 457 |

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that on December 22, 2021, George L. Miller, Chapter 7 Trustee for the estates of the above-captioned debtors, by and through the undersigned counsel, filed his *Motion Pursuant to Sections 542 (a) and (e) of the Bankruptcy Code for Entry of an Order Directing Transamerica Life Insurance Company to Turnover Proceeds to the Trustee* (the "Motion").

PLEASE TAKE FURTHER NOTICE that the hearing was continued from January 5, 2022 to February 9, 2022 pursuant to a Notice of Continued Hearing filed on January 3. 2022 [D.I. 457].

**PLEASE TAKE FURTHER NOTICE that the hearing on the Motion is being further continued to February 23, 2022 at 2:00 p.m. ET.**

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Motion (a) shall be in writing; (b) shall state with particularity the reasons for the objection or response; and (c) shall be filed with the Bankruptcy Court (824 N. Market Street, 3rd Floor, Wilmington, Delaware) and served upon undersigned counsel on or before **February 16, 2022 at 4:00 P.M. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that, if one or more responses to the Motion is/are filed, a hearing on the Motion may be heard before the Honorable Mary F. Walrath,

United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801, on **February 23, 2022 at 2:00 P.M. (Eastern Time).**

    PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this Notice, the court may grant the relief requested in the Motion without further notice or hearing.

Dated: February 7, 2022
       Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)
1204 N. King Street
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
(Admitted *pro hac vice*)
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Attorneys for George L. Miller, Chapter 7 Trustee*