# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| HDR HOLDING, INC., *et al.*,[1] | : Case Nos. 19-11396 (MFW) |
| | : (Jointly Administered) |
| Debtors. | : |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON MARCH 23, 2022 AT 2:00 P.M. ET

## AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED

**MATTERS SUBMITTED UNDER CERTIFICATION OF COUNSEL AND ORDER ENTERED:**

1. Motion Pursuant to Sections 542 (a) and (e) of the Bankruptcy Code for Entry of an Order Directing Transamerica Life Insurance Company to Turnover Proceeds to the Trustee [Filed December 22, 2021-D.I. 456].

    Response Deadline:   March 16, 2022 at 4:00 P.M. ET.

    Responses Received:   No responses filed.  A proposed form of order was negotiated based on discussions with interested parties.

    Related Documents:

    a. Notice of Continued Hearing [Filed January 3, 2022- D.I. 457].
    b. Notice of Continued Hearing [Filed February 7, 2022- D.I. 458].
    c. Notice of Continued Hearing [Filed February 18, 2022- D.I. 459].
    d. Notice of Continued Hearing [Filed March 7, 2022- D.I. 460].

    Status:   An Order was entered approving the Motion on March 22, 2022.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

|  |  |
|---|---|
| Dated: March 23, 2022<br>Wilmington, Delaware | **CIARDI, CIARDI & ASTIN** |

/s/ Daniel K. Astin
Daniel K. Astin (No. 4068)
1204 N. King Street
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Attorneys for George L. Miller, Chapter 7 Trustee*