IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| HDR HOLDING, INC., *et al.*, | : Case Nos. 19-11396 (MFW) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| | : **Re: D.I.** _____ |
| | : |
| | : |

**ORDER AUTHORIZING PAYMENT AND APPROVING
FIRST INTERIM APPLICATION OF CIARDI CIARDI & ASTIN FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE
PERIOD FROM JANUARY 1, 2021 THROUGH JUNE 30, 2022**

Ciardi Ciardi & Astin ("CC&A"), counsel to George L. Miller, the chapter 7 trustee (the "Trustee") in the above-captioned case, having filed its first interim application for allowance of compensation and reimbursement of expenses (the "Application");[1] and parties-in-interest having received adequate notice; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted, and CC&A is allowed compensation on an interim basis in the amount of $13,493.00 for services rendered and $323.06 as reimbursement for actual and necessary expenses incurred during the Application Period;

ORDERED that the Trustee is hereby authorized to immediately pay CC&A the amount of $13,816.06 from the assets of the Debtor's estate; and it is further

ORDERED that the interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the chapter 7 trustee's final report.

---

[1] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application.