# EXHIBIT A

**Professional Services**

| Date | Staff | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/21/2021 | WWG | RFS | Telephone call with Trustee re Motion for Relief filed. | 0.20 | $103.00 |
| 01/21/2021 | WWG | RFS | Review of case docket (.2) and motion for relief (.3) and analysis of issues related thereto (.3) | 0.80 | $412.00 |
| 01/25/2021 | WWG | RFS | Preparation of opposition to motion for relief filed by Graham | 2.30 | $1,184.50 |
| 02/08/2021 | WWG | RFS | Preparation of agenda continuing hearing on motion for relief from stay | 0.50 | $257.50 |
| 02/08/2021 | WWG | RFS | Telephone call with Graham's counsel re motion for relief from stay | 0.20 | $103.00 |
| 02/09/2021 | WWG | CA | Correspondence (.2) and telephone call with Breiner's counsel re merger agreement and confidentiality issues re proof of claim (.1) | 0.10 | $51.50 |
| 02/09/2021 | WWG | CA | Telephone call with Trustee re merger agreement | 0.10 | $51.50 |
| 02/09/2021 | WWG | CA | Brief review of merger agreement for confidentiality provisions | 0.20 | $103.00 |
| 02/09/2021 | WWG | APP | Preparation of retention application | 1.20 | $618.00 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/17/2021 | WWG | APP | Finalize Retention application and exhibits for Filing and Service | 0.40 | $206.00 |
| 03/08/2021 | WWG | RFS | Preparation of Notice of Agenda for 3/10/21 hearings on retention applications and motion for relief from stay (.9); attention to filing (.2) and correspondence with court clerk re same (.1) | 1.30 | $669.50 |
| 03/08/2021 | WWG | RFS | Review of available court dates for continued hearing on motion for relief (.1); correspondence to/from opposing counsel re contiuning hearing to April 7 (.2) | 0.30 | $154.50 |
| 04/05/2021 | WWG | RFS | Correspondence to/from movant's counsel re continuing hearing on relief from stay motion (.2); preparation of agenda (.2) and attention to filing thereof (.1); correspondence to Court Clerk re same (.1) | 0.60 | $309.00 |
| 10/04/2021 | WWG | CA | Preparation of Motion for Turnover as to Transamerica Insurance Policy Cash Surrender | 2.30 | $1,184.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Value and proposed Order. | | |
| 10/18/2021 | WWG | CA | Correspondence to/from Trustee re inquiry from Lousiana plaintiff's counsel re insurance | 0.20 | $103.00 |
| 02/04/2022 | WWG | CA | Call with Purchaser's counsel re continuing hearing on motion for turnover (.2); call with client re same and status (.1) | 0.30 | $154.50 |
| 02/07/2022 | WWG | CA | Preparation of Notice of Continued Hearing (.6) and attention to filing (.2); Correspondence to/from court re same (.2) | 1.00 | $515.00 |
| 02/14/2022 | WWG | CA | Correspondence to/from purchaser's counsel re insurance payments and next steps re motion for turnover | 0.30 | $154.50 |
| 02/21/2022 | WWG | CA | Preparation of Notice of Continued Hearing and attention to filing | 0.60 | $309.00 |
| 02/23/2022 | WWG | CA | Final review of sale order, proposed order on motion for turnover, and summarization of proposal for client | 1.30 | $669.50 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/24/2022 | WWG | CA | Call with client re proposed resolution omn motion for turnover | 0.20 | $103.00 |
| 03/03/2022 | WWG | CA | Call with Trustee regarding approval of Motion for Turnover proposed Order (.2); correspondence to Purchaser's counsel re same (.2) | 0.10 | $51.50 |
| 03/04/2022 | WWG | CA | Preparation of Notice of COntinued Hearing for Motion for Turnover | 0.10 | $51.50 |
| 03/04/2022 | WWG | CA | Correspondence to insurance company regarding motion for turnover proposed order | 0.40 | $206.00 |
| 03/16/2022 | WWG | CA | Correspondence to/from insurer (.8) and purchaser's counsel regarding language for order (.2) | 1.00 | $515.00 |
| 03/18/2022 | WWG | CA | Preparation of draft Certification of Counsel for turnover motion order | 1.20 | $618.00 |
| 04/04/2022 | WWG | CA | Attention to confirmation of wire receipt from insurance and correspondnece from insurance company re cancellation of policy | 0.40 | $206.00 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/27/2022 | WWG | RFS | Review and analysis of relief from stay pleading and correspondence to client re same. | 1.10 | $566.50 |
| 05/04/2022 | WWG | RFS | Follow up with client re relief from stay pleading (.2); correspondence to/from movants' counsel re same (.2) | 0.40 | $206.00 |
| 05/16/2022 | WWG | Claims | Analysis of admin claim expenses and correspondence to counsel | 1.00 | $515.00 |
| 05/17/2022 | WWG | Claims | Review of Merger Agreement claims nos. 2,3 and 4 | 1.20 | $618.00 |
| 05/17/2022 | WWG | Claims | Call with client re admin claim update; correspondence re same | 0.40 | $206.00 |
| 05/18/2022 | WWG | CA | Correspondence to/from Young Conway and correspondence to/from client re claim amount | 0.60 | $309.00 |
| 06/15/2022 | WWG | CA | Call with creditors' counsel re withdrawal of claims (,2); call with Trustee re same (.2) | 0.40 | $206.00 |
| 06/17/2022 | WWG | App | Begin preparation of CCA interim fee application | 3.50 | $1,802.50 |
| | | | | 26.20 | $13,493.00 |

**Disbursements**

| Date | Description | Amount |
|---|---|---:|
| 01/27/2021 | Bankruptcy Court E-Filing - D.I. #19-11396-0440 | $15.00 |
| 02/17/2021 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) 8am-6pm | $15.00 |
| 03/05/2021 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) 8am-6pm | $30.00 |
| 06/22/2021 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) 8am-6pm | $30.00 |
| 06/22/2021 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) 8am-6pm | $15.00 |
| 12/20/2021 | Court DEBK - Image - 19 pages | $1.90 |
| 12/21/2021 | Court DEBK - Search - 1 page | $0.10 |
| 12/21/2021 | Court DEBK - Docket Report - 2 pages | $0.20 |
| 12/21/2021 | Court DEBK - Image - 13 pages | $1.30 |
| 12/22/2021 | Court DEBK - Search - 1 page | $0.10 |
| 12/22/2021 | Court DEBK - Docket Report - 31 pages | $3.10 |
| 12/22/2021 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) 8am-6pm | $15.00 |
| 12/22/2021 | 505 Litigation Work : Bankruptcy Service | $1.50 |
| 12/22/2021 | 515 Envelopes : Envelopes (9.5"X12.5") | $0.17 |
| 12/22/2021 | 530 Supplies : Sheet Labels | $0.16 |
| 12/22/2021 | 910 Shipping Charges : United States Postal Service (USPS) | $0.73 |
| 12/22/2021 | 604 Technical Support : Paraprofessional Services | $9.75 |
| 12/27/2021 | Court DEBK - Docket Report - 18 pages | $1.80 |
| 12/27/2021 | Court DEBK - Image - 16 pages | $1.60 |
| 12/27/2021 | Court DEBK - Associated Cases - 1 page | $0.10 |
| 12/28/2021 | Court DEBK - Search - 5 pages | $0.50 |
| 12/28/2021 | Court DEBK - Docket Report - 4 pages | $0.40 |
| 12/28/2021 | Court DEBK - Image - 23 pages | $2.30 |
| 01/31/2022 | Court DEBK - ASSOCIATED CASES | $0.10 |
| 01/31/2022 | Court DEBK - DOCKET REPORT | $0.10 |
| 02/07/2022 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) 8am-6pm | $15.00 |
| 02/28/2022 | Court DEBK - Images/Docket Report/Searches | $10.00 |
| 03/08/2022 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) 8am-6pm | $15.00 |
| 03/25/2022 | 603 BB : 04 - 8.5x11 B&W - Hole Punched Paper 510 Copy Center Additional Services : Tabs - non-sequential 520 Binders : 1/2" (3-Ring Binder w/ Label Holder/Plain or Clear View) 510 Copy Center Additional Services : Custom Insert/Spine 604 Technical Support : Paraprofessional Services 690 VDoc Finishing : Hand Delivery to Court/Clerk/Chambers | $34.65 |
| 03/25/2022 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) | $15.00 |
| 03/25/2022 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) | $15.00 |
| 03/25/2022 | 610 E-Filing : 01 Service Fee : E-Filing Fee (C) | $15.00 |
| 03/31/2022 | Associated Cases/Docket Reports/Images/Searches | $21.60 |
| 03/31/2022 | 610 E-Filing : 01 Service Fee : E-Filing Fee (A) | $30.00 |
| 04/30/2022 | Court DEBK - Docket Reports/Search/Image | $1.00 |

| | | |
|---|---|---|
| 05/31/2022 | Court DEBK - Docket Reports/Associated Cases/Searches/Images | $4.90 |
| | | $323.06 |