IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HDR HOLDING, INC. *et al.*,<br><br>        Debtors. | Chapter 7<br><br>Case No.: 19-11396 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 470, 471, & 472** |

## CERTIFICATE OF NO OBJECTION

On July 1, 2022, George L. Miller, as Chapter 7 Trustee for the above-captioned debtor captioned filed the **First Interim Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee** (the "Application") [D.I. 470].   Responses to the Application were to be filed and served no later than July 28, 2022.

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application has been received. The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon.

Dated: August 4, 2022

**CIARDI CIARDI & ASTIN**

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)
1204 N. King Street
Wilmington, Delaware 19801
Tel:  (302) 658-1100
Fax:  (302) 658-1900
dastin@ciardilaw.com

- and -

Albert A. Ciardi, III, Esq.
Walter W. Gouldsbury, III, Esq.
1905 Spruce Street
Philadelphia, PA 19103
Tel:  (215) 557-3550

Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Counsel to Chapter 7 Trustee*